Daniel L. Dawes SBN 60,940
Myers, Dawes & Andras LLP
19900 MacArthur Blvd., Ste. 1150
Irvine, California 92612
Tel:   (949) 223 9600
Fax:  (949) 223-9610
dawes@mdaslaw.com

Attorneys for Epic Products Inc.
Defendant

United States District Court

Central District of California

| | |
|---|---|
| Schur Inventure A/S, a Danish Company<br>        Plaintiff,<br><br>    vs.<br><br>Epic Products Inc., a California Corporation<br>        Defendant. | Case No.: SACV07-873 DOC (RCx)<br><br>Judgment on the Pleadings |

   The Defendant's motion for judgment on the pleadings as to the First Cause of Action in the complaint, having come before this Court and being considered on the papers:

   It being found that U.S. Patent 5,651,481 has been superseded by US Reissue Patent 38,859 granted on Nov. 1, 2005, is therefore no longer in force from that date, and therefore that no claim for which relief can be granted can be maintained based on U.S. Patent 5,651,481;

1  IT IS HEREBY ADJUDGED AND DECREED THAT:
2  Judgment is entered in the favor of the Defendant, Epic Products Inc.,
3  with respect to the First Cause of Action in the Complaint filed in this matter
4  for patent infringement of U.S. Patent 5,651,481.

7  IT IS SO ORDERED.

Dated this 25th day of Jan. 2008

*David O. Carter*
_____
Hon. David O. Carter
United States District Judge

prepared by:
Daniel L. Dawes
Myers, Dawes Andras & Sherman LLP
Attorneys for Epic Products, Inc.
Defendant

Proof of Service

I declare that: I am over 18 years of age and not a party to this action; and I deposited a true and correct copy of the Judgment on the Pleadings (Proposed) with the United States Postal Service, first class postage prepaid, addressed to:

Edward Wright
Martensen Wright LLP
112 J Street, Second Floor
Sacramento, CA 95814

I declare, under the penalty of perjury pursuant to the laws of the State of California, that the foregoing is true and correct.  Executed this 4th day of Jan. 2008 at Irvine, California.

_____
Rosanne Henehan