JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHUR INVENTURE A/S ) | CASE NO. SA CV07-0873 DOC(RCx) |
| **Plaintiff(s),** ) | |
| v. ) | **ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |
| EPIC PRODUCTS INC. ) | |
| **Defendant(s).** ) | |

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the instant action is dismissed with prejudice in its entirety.

DATED: August 5, 2008

_____
DAVID O. CARTER
United States District Judge